COURT OF APPEALS OF VIRGINIA

Present: Judges Benton, Coleman and Willis

JOHN DANIEL GRANTHAM

v.   Record No. 0519-96-1                    MEMORANDUM OPINION[*]
                                                  PER CURIAM
B & S LANDSCAPING, INC.                        JULY 23, 1996
AND
UNINSURED EMPLOYERS' FUND

        FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (John Daniel Grantham, pro se, on brief).

            (James S. Gilmore, III, Attorney General;
            John J. Beall, Jr., Senior Assistant Attorney
            General; Julia D. Tye, Assistant Attorney
            General, on brief), for appellee Uninsured
            Employers' Fund.

            No brief for appellee B & S Landscaping, Inc.


    John Daniel Grantham ("claimant") appeals a decision of the
Workers' Compensation Commission ("commission") awarding him
payment for chiropractic care three times per week and daily gym
visits, and reimbursement for mileage and prescriptions.
Claimant did not set forth any specific questions presented in
his brief as required by Rule 5A:20(c).  Moreover, from our
review of the record and the briefs of the parties, it appears
that claimant prevailed on all issues presented on review before
the full commission.  Accordingly, we find that this appeal is
without merit and we summarily affirm the commission's decision.
 Rule 5A:27.

                                              Affirmed.

———————————————
        [*]Pursuant to Code § 17-116.010 this opinion is not
designated for publication.